**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 95-7998**

―――――――――

JAMES BENJAMIN DAVIS, JR.,

Petitioner - Appellant,

versus

FRANKLIN E. FREEMAN, JR.; JACK TURLINGTON,

Respondents - Appellees.

―――――――――

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  W. Earl Britt, District Judge.  (CA-95-134-5-HC-BR)

―――――――――

Submitted:  May 16, 1996                    Decided:  May 31, 1996

―――――――――

Before RUSSELL, LUTTIG, and WILLIAMS, Circuit Judges.

―――――――――

Dismissed by unpublished per curiam opinion.

―――――――――

Nora Henry Hargrove, Wilmington, North Carolina, for Appellant. Clarence Joe DelForge, III, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellees.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2254 (1988) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>Davis v. Freeman</u>, No. CA-95-134-5-HC-BR (E.D.N.C. Oct. 5, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>